# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **4**

---

DICKS

-v-

U.S.A

---

U.S.C.A. # _____

U.S.D.C. # 07-cv-5479

JUDGE: LAK

DATE: JULY 3, 2007

## INDEX TO THE RECORD ON APPEAL

JUL 03 2007

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**XXX**) Original Record                        (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 3RD Day of July, 2007.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- 
Dicks

-v-

USA
-------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-5479

JUDGE: LAK

DATE: JULY 3, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 3, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 3RD Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231ST year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

2255, APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05479-LAK
#### Internal Use Only

Dicks v. USA  
Assigned to: Judge Lewis A. Kaplan  
Related Case: 1:95-cr-01050-LAK-1  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/11/2007  
Date Terminated: 06/11/2007  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 95-cr-1050 (AGS).Document filed by Eric Dicks.(laq) (Entered: 06/18/2007) |
| 06/11/2007 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along with certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 6/11/2007. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/18/2007) |
| 06/11/2007 |  | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 06/18/2007) |
| 06/22/2007 | 3 | NOTICE OF APPEAL from [2] Transfer Order U.S.C.A. Document filed by Eric Dicks. Copies sent to attorney(s) of record: A.U.S.A. (tp) (Entered: 07/02/2007) |
| 06/22/2007 |  | Appeal Remark as to [3] Notice of Appeal filed by Eric Dicks. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. COA DENIED 6/11/07. (tp) (Entered: 07/02/2007) |
| 07/02/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [3] Notice of Appeal. (tp) (Entered: 07/02/2007) |
| 07/02/2007 |  | Transmission of Notice of Appeal to the District Judge re: [3] Notice of Appeal. (tp) (Entered: 07/02/2007) |