MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

**Date:** 1/11/08

Docket Number: 07-2895-pr

Short Title: Dicks v. USA

DC Docket Number: 07-cv-5479

DC:     SDNY (NEW YORK CITY)

DC Judge: Honorable Lewis Kaplan

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   11th     day of January,  two thousand eight.

Eric  Dicks,

    Petitioner-Appellant,

v.

United States of America,

    Respondent-Appellee



    The *Civil Appeals  Management  Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 6/11/07 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Eugene L. Martin, Deputy Clerk

ISSUED AS MANDATE:    JAN 11 2008

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

**Date:** 1/11/08

Docket Number: 07-2895-pr

Short Title: Dicks v. USA

DC Docket Number: 07-cv-5479

DC:     SDNY (NEW YORK CITY)

DC Judge: Honorable Lewis Kaplan

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of January, two thousand eight.



Eric Dicks,

Petitioner-Appellant,

v.

United States of America,

Respondent-Appellee

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 6/11/07 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____DATE_____

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____

Eugene L. Martin, Deputy Clerk